# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | |
|---|---|
| Pamela F. Beiler,<br><br>    Plaintiff,<br><br>  vs.<br><br>Fifth Third Bank,<br><br>    Defendant.<br>_____<br>Fifth Third Bank,<br><br>    Counterclaim Plaintiff,<br><br>  vs.<br><br>Scott Foster,<br><br>    Counterclaim Defendant.<br>_____<br>Scott Foster,<br><br>    Counterclaim Plaintiff,<br><br>  vs.<br><br>Fifth Third Bank and DOES 1-50, inclusive,<br><br>    Counterclaim Defendants. | **Case No. 1:13-cv-000867-TDS-JEP**<br><br><br><br><br><br>**JOINT STATUS REPORT** |

    Pursuant to this Court's November 24, 2014 Order (Docket Entry No. 42), the parties submit the following joint report on the status of this case following mediation:

    1.    On December 9, 2014, the parties conducted a mediated settlement conference of all pending claims and counterclaims in Raleigh, N.C., pursuant to LR 16.4 and LR 83.9a-g.

2. All claims and counterclaims asserted in this action were resolved at the mediated settlement conference, including all claims and counterclaims referred to arbitration pursuant to this Court's June 20, 2014 Order.

3. Counsel for Pamela Beiler and Fifth Third Bank, and Scott Foster, appearing *pro se*, will execute and file a Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

*s/ William L. Downing*
_____
Christopher Colt North, VSB # 16955
Email: cnorthlaw@aol.com
William L. Downing, VSB # 17704
Email: wdowninglaw@aol.com
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
T: 757-873-1010
F: 757-873-8375


*s/ Robert C. Ekstrand*
_____
Robert C. Ekstrand, N.C. Bar # 26673
Email: rce@ninthstreetlaw.com
Ekstrand & Eckstrand, LLP
110 Swift Avenue, 2nd Floor
Durham, NC 27705
T: 919-416-4590
F: 919-416-4591

*Attorneys for Plaintiff Pamela F. Beiler*

*s/ Charles M. Sprinkle*

_____
Charles M. Sprinkle III, N.C. Bar No. 28096
E-mail: csprinkle@hsblawfirm.com
Kenneth N. Shaw, N.C. Bar No. 45011
E-mail: kshaw@hsblawfirm.com
Haynsworth Sinkler Boyd, P.A.
ONE North Main, 2nd Floor
Post Office Box 2048 (29602-2048)
Greenville, South Carolina 29601-2772
T:  (864) 240-3200
F:  (864) 240-3300

*Attorneys for Fifth Third Bank*


*s/ Scott A. Foster*

_____
Scott A. Foster[1]
Email: saf27516@gmail.com
9507 Sertoma Road
Chapel Hill, NC 27516
T:  (571) 494-1588

*Pro Se Counterclaim Defendant and Counterclaim Plaintiff*

---

[1] Granted permission to participate in electronic filing pursuant to LR 5.3(c)(2) by Order dated June 20, 2014 (Docket Entry No. 38).

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2014, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

Robert C. Eckstrand
Ekstrand & Ekstrand
110 Swift Avenue, 2nd Floor
Durham, NC 27705
E-mail: rce@ninthstreetlaw.com
*Counsel for Plaintiff Pamela F. Beiler*

Christopher C. North
William L. Downing
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Blvd.
Newport News, VA 23606
Email: cnorthlaw@aol.com, wdowninglaw@aol.com
*Counsel for Plaintiff Pamela F. Beiler*

Scott Foster
9507 Sertoma Road
Chapel Hill, NC 27516
Email: saf27516@gmail.com
*Pro Se Counterclaim Defendant/Counterclaim Plaintiff*

              **HAYNSWORTH SINKLER BOYD, PA**

              *s/ Charles M. Sprinkle*

              Charles M. Sprinkle III, N.C. Bar No. 28096
              E-mail: csprinkle@hsblawfirm.com
              Kenneth N. Shaw, N.C. Bar No. 45011
              E-mail: kshaw@hsblawfirm.com
              ONE North Main, 2nd Floor
              Post Office Box 2048 (29602-2048)
              Greenville, South Carolina 29601-2772
              Phone: (864) 240-3200
              Fax: (864) 240-3300
              *Attorneys for Fifth Third Bank*